ESTATE OF Margaret O. GILL, Deceased, Robin G. Stanford, Independent Executrix, Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE SERVICE, Respondent.

No. 83–4081
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 5, 1983.

Pope & Waits, Dougal C. Pope, Houston, Tex., for petitioner.

John H. Menzel, Director, Dan H. Lee, III, Jonathan S. Cohen, Douglas G. Coulter, Tax Lit. Div., I.R.S., Glenn L. Archer, Jr., Asst. Atty. Gen., Tax Div., Michael L. Paup, Chief, Appellate Sec., U.S. Dept. of Justice, Washington, D.C., for respondent.

Before GEE, RANDALL and TATE, Circuit Judges.

PER CURIAM:

The judgment of the Tax Court is AFFIRMED on the basis of the Tax Court's opinion, *Estate of Gill v. Commissioner,* 79 T.C. 437 (1982).